FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2021 APR 22  AM 11: 08

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

MICHAEL R. ATRAQCHI  and )
IRENE S. ATRAQCHI )
6902 West Hillsborough Ave.-#103 )
Tampa, Florida 33634 )
)  Civ. No. 8:21-cv-956-MSS-JSS
          Plaintiffs, )
)
      v. )  Judge
)
UNITED STATES OF AMERICA )
)
BARACK OBAMA )
2446 Belmont Street NW )  COMPLAINT
Washington, D.C. 20008 )  FOR DECLARATORY RELIEF
)  AND INJUNCTIVE RELIEF
MICHELLE OBAMA )
2446 Belmont Street NW )
Washington, D.C. 20008 )
)
SHIRLEY SVENSON )
7062 Pantego Drive )  JURY DEMAND
Fayetteville, North Carolina 28314 )
)
MUMTAZ FARGO )
1635 Cordova Avenue )
Redlands, California 92373-4831 )
)
MARILYN FARGO )
1635 Cordova Avenue )
Redlands, California 92373-4831 )
)
EDMUND GHAREEB )
5704 Cromwell Drive )
Bethesda, Maryland 20816 )
)
LEONARD E DAHL )
3016 Radcliffe Drive )
Billings, Montana 59102 )

1



DEBORAH COFFIN )
1954 North Sunset Mesa Loop )
Washington, Utah 84780 )
)
BARRY COFFIN )
1954 North Sunset Mesa Loop )
Washington, Utah 84780 )
)
BRENDA CASE )
135 Adams Street )
Billings, Montana 59101 )
)
JACKIE LEMKE )
300 West Comstock Circle North )
Pahrump, Nevada 89048 )
)
MICHELE GEORGE )
4800 Kokomo Drive )
Sacramento, CA 95835-1822 )
)
TIM STEVENS )
San Diego, CA )
)
MIKE HANSON )
6902 West Hillsborough Avenue )
Tampa, Fl 33634 )
)
MARIE HANSON )
6902 West Hillsborough Avenue )
Tampa, Fl 33634 )
)
RICHARD DILLEY )
2839 S 51 St West )
Billings, Mt 59106 )
)
WELLS FARGO BANK )
100 South Ashley Drive )
Tampa, FL 33602 )
)
THOMAS J VIERLING )
7608 Barry Road )
Town n Country, FL 33615 )
)
JIM MESSINA )
2446 Belmont Street NW )
Washington, D.C. 20008 )

2

JULIE ATRAQCHI
Wyoming

JAMES GARLOUGH
Apple Valley
Saint Paul, MN 55122

FIRST UNITED METHODIST CHURCH
2800 4th Avenue North
Billings, Montana 59101

FIRST BAPTIST CHURCH
218 North 34th Street
Billings, Mt. 59101

ROCKY MOUNTAIN COLLEGE
1511 Poly Drive
Billings, Mt 59102

UNIVERSITY OF MONTANA
Missoula, MT

MONTANA STATE UNIVERSITY
Billings, Mt 59101

MONTANA STATE UNIVERSITY
Bozeman, Mt 59715

GEORGETOWN UNIVERSITY
Washington, DC

NOTRE DAME UNIVERSITY
Indiana

ST JOSEPH'S HOSPITAL
Tampa, FL

TAMPA GENERAL HOSPITAL
Tampa, FL

STATE OF MONTANA
715 Front Street
Helena, Mt 59601

STATE OF MINNESOTA
St Paul, MN

DISTRICT OF COLUMBIA
Washington, DC

STATE OF FLORIDA
Florida

PANERA
Tampa, FL

Alexis Simms
Best Buy
1725 N Dale Mabry Highway
Tampa, Fl 33607

FORD MOTOR COMPANY
1 American Rd
Dearborn, MI 48126

EXTENDED STAY AMERICA HOTEL
4312 W Spruce Street
Tampa, FL 33607

PRINCIPAL FINANCIAL GROUP
801 Grand Avenue
Des Moines, IA 50392

GEORGE W BUSH
10141 Daria PL
Dallas, TX 75229

LAURA L BUSH
10141 Daria Pl.
Dallas, TX 75229

JENNA BUSH HAGER
North Shore
Long Island, NY

HENRY CHASE HAGER
North Shore
Long Island, NY

BARBARA BUSH COYNE
Boston, MA

4

CRAIG COYNE
Boston, MA

JEB BUSH
651 Almeria Avenue
Coral Gables, FL 33134

COLUMBA BUSH
651 Almeria Avenue
Coral Gables, FL 33134

NOELLE L. BUSH
647 Woodridge Drive
Casselberry, FL 32730

GEORGE P. BUSH
Austin, TX

AMANDA BUSH
Austin, TX

JOHN E. BUSH JR
1021 Placetas Avenue
Coral Gables, FL 33146

SANDRA M. ALGUDADY BUSH
1021 Plactas Avenue
Coral Gables, FL 33146

MARVIN PIERCE BUSH
Arlington, VA

MARGARET BUSH
Arlington, VA

NEIL BUSH
Houston, TX

MARIA BUSH
Houston, TX

SHARON BUSH
Houston, TX

LAUREN P BUSH
Houston, TX
PIERCE M BUSH
Houston, TX

ASHLEY BUSH
Houston, TX

DOROTHY BUSH KOCH
WASHINGTON, DC

ROBERT P KOCH
WASHINGTON, DC

SAMUEL BUSH SAM LEBLOND
WASHINGTON, DC

NANCY ELLIS ELLIE LEBLOND
WASHINGTON, DC

ROBERT DAVID KOCH
WASHINGTON, DC

GEORGIA GIGI GRACE KOCH
WASHINGTON, DC

CONDOLEEZA RICE
Stanford University
Stanford, CA  94305

ALBERTO GONZALES
Texas

REBECCA GONZALES
Texas

KARL ROVE
919 Congress Avenue-Ste 1400
Austin, TX 78701

DANA PERINO
New York, NY

MICHAEL REAGAN
4740 Allott Avenue
Sherman Oaks, CA 91403

COLLEEN STERN REAGAN
4740 Allott Avenue
Sherman Oaks, CA 91403

RON REAGAN JR
2612 28th Avenue W
Seattle, WA 98199-3320

DORIA F REAGAN
2612 28th Avenue W
Seattle, WA 98199-3320

PATTI DAVIS
79320 Citrus
La Quinta, CA 92253

JIMMY CARTER
Plains, Georgia

ROSALYNN CARTER
Plains, Georgia

JACK CARTER
Plains, Georgia

JAMES CARTER III
Plains, Georgia

DONNEL CARTER
Plains, Georgia

AMY CARTER
Plains, Georgia

TED MONDALE
Minneapolis, MN

WILLIAM H MONDALE
Minneapolis, MN

BILL J CLINTON
15 Old House Ln
Chappaqua, NY

HILLARY CLINTON
15 Old House Ln
Chappaqua, NY

CHELSA CLINTON
Whitman Building
New York, NY

MARC MEZVINSKY
Whitman Building
New York, NY

ROGER CLINTON JR
Hot Springs, Arkansas

MOLLY D'ANN CLINTON
Hot Springs, Arkansas

TYLER CASSIDY CLINTON
Hot Springs, Arkansas

AL GORE
LOS ANGELES, CA

MARY ELIZABETH "TIPPER" GORE
Washington, DC

KARENNA GORE
Washington, DC

KRISTAN GORE
Washington, DC

SARAH GORE
Washington, DC

ALBERT GORE III
Washington, DC

MONICA LEWINSKY
New York, NY

DONALD TRUMP
Mar-a-Lago, FL

MELANIA TRUMP
Mar-a-Logo, FL

BARRON TRUMP
Mar-a-Logo, FL

DONALD TRUMP JR
494 Mariner Drive
Jupiter, FL

KIMBERLY GUILFOYLE
494 Mariner Drive
Jupiter, FL

VANESSA TRUMP
New York, NY

ERIC TRUMP
CFWR Shadow Tree Ln
Briarcliff Manor, NY

LARA TRUMP
CFWR Shadow Tree Ln
Briarcliff Manor, NY

IVANKA TRUMP
2449 Tracy Place NW
Washington, DC

JARED KUSHNER
2449 Tracy Place NW
Washington, DC

IVANA TRUMP
New York, NY

TIFFANY TRUMP
Miami, FL

MICHAEL BOULOS
Miami, FL

MARYANNE TRUMP BARRY
Mar-a-logo, FL

DAVID DESMOND
Mar-a-logo, FL

MARY L TRUMP
Capitolian Blvd
Rockville Center, NY 11570-2501

MARLA MAPLES
Birmingham, AL

RUDY GIULIANI
Washington, DC

ANDREW GIULIANI
Washington, DC

MIKE PENCE
State of Indiana

KAREN PENCE
State of Indiana

CHARLOTTE PENCE
State of Indiana

MICHAEL PENCE
State of Indiana

AUDREY PENCE
State of Indiana

DAN QUAYLE
4900 N Scottsdale Rd
Suite 4800
Scottsdale, AZ

MARILYN QUAYLE
4900 N Scottsdale Rd
Suite 4800
Scottsdale, AZ

BEN QUAYLE
4900 N Scottsdale Rd
Suite 4800
Scottsdale, AZ

TUCKER QUAYLE
4900 N Scottsdale Rd
Suite 4800
Scottsdale, AZ

PATRICK KENNEDY
Rhode Island

EDWARD M. KENNEDY, JR
Connecticut

CAROLINE KENNEDY
Park Avenue
New York, NY

EDWIN SCHLOSSBERG
New York, NY

ROSE SCHLOSSBERG
Park Avenue
New York, NY

TATIANA SCHLOSSBERG
Park Avenue
New York, NY

JACK SCHLOSSBERG
Park Avenue
New York, NY

KATHLEEN KENNEDY TOWNSEND
State of Maryland

JOSEPH P KENNEDY II
State of Massachusetts

ROBERT KENNEDY JR
State of New York

TRICIA NIXON COX
Virginia Beach, VA

EDWARD COX
Virginia Beach, VA

JULIE NIXON EISENHOWER
Virginia

DAVID EISENHOWER
Virginia

SUSAN EISENHOWER
Virginia

SUSAN EISENHOWER
Virginia

BAN AL-JAWAHIRI
Iraq Embassy
Washington, DC

CHRISTOPHER A WRAY
Washington, DC

ROBERT MUELLER
Washington, DC

JAMES COMEY
Washington, DC

WILLIAM P BARR
Washington, DC

MERRICK GARLAND
Washington, DC

VIRGINIA THOMAS
State of Virginia

JOHN ROBERTS
US Supreme Court
Washington, DC 20002

CLARENCE THOMAS
US Supreme Court
Washington, DC 20002

STEPHEN BREYER
US Supreme Court
Washington, DC 20002

SAMUEL ALITO
US Supreme Court
Washington, DC 20002

SONIA SOTOMAYOR
US Supreme Court
Washington, DC 20002

ELENA KAGAN
US Supreme Court
Washington, DC 20002

NEIL GORSUCH
US Supreme Court
Washington, DC 20002

BRETT KAVANAUGH
US Supreme Court
Washington, DC 20002

AMY CONEY BARRETT
US Supreme Court
Washington, DC 20002

SANDRA DAY O'CONNOR
US Supreme Court
Washington, DC 20002

ANTHONY KENNEDY
US Supreme Court
Washington, DC 20002

DAVID SOUTER
US Supreme Court
Washington, DC 20002

MICHAEL SMITH
State of Massachusetts

MARK SHRIVER
State of Maryland

BOBBY SHRIVER
Monica, CA

13

MARIA SHRIVER
State of California

ARNOLD SCHWARZENEGGER
State of California

NEWT GINGRICH
McLean, VA

CALLISTA L GINGRICH
McLean, VA

KATHIE LEE GIFFORD
Nashville, TN

KELLY RIPA
New York

MARK CONSUELOS
New York

JOY PHILBIN
New York

JENNIFER PHILBIN
New York

JOANNA PHILBIN
New York

NANCY PELOSI
San Francisco, CA.

HENRY KISSINGER
New York

NANCY KISSENGER
New York

CHUCK SCHUMER
9 Prospect Park West
Park Slope
Brooklyn, NY 11215

MITCH MCCONNELL
2318 Dundee Rd
Highlands
Louisville, KY 40205

ELAINE CHAO
2318 Dundee Rd
Highlands
Louisville, KY 40205

KEVIN MCCARTHY
Bakersfield, CA 93309

STEVE SCALISE
2049 Rayburn Building
Washington, DC 20515

RICK SCOTT
Florida

ANN SCOTT
Florida

ELEANOR HOLMES NORTON
1300 Pennsylvania Avenue NW
Suite M-1000
Washington, DC 20004

BRUCE T ALTON
% Rocky Mountain College
1511 Poly Drive
Billings, MT 59102

ROBERT A. WILLIAMS
320 Kimberly Forest Ct
Atlanta, GA 30349

FARID M HASSAN
1030 River Rd.
Eugene, OR 97404

MAYADA YOUSIF
State of Virginia

MOHAMMED MEHDI
State of Virginia

AHMED YOUSIF
Los Angeles, CA

MAHA YOUSIF
Los Angeles, CA

TASNEEM  KHALEEL
1349 Lake Elmo Drive
Billings, MT 59105

SHAFIQ A KHALEEL
1349 Lake Elmo Drive
Billings, MT 59105

EDWARD NAVE
2850 Parkhill Drive
Billings, MT 59101

RON ELLIS
Fair Park Drive
Billings, Mt 59102

MAX LENINGTON
1806 Rimrock Rd
Billings, MT 59102

TOM TOWE
2525 6TH Avenue North
Billings, MT 59101

STEPHEN MACKEY
2525 6th Avenue North
Billings, MT 59101

YELLOWSTONE COUNTY
217 North 27th Street
Billings, MT 59101

SASHA OBAMA
2446 Belmont Street NW
Washington, D.C. 20008

MALIA OBAMA
2446 Belmont Street NW
Washington, DC 20008

HUNTER BIDEN
Venice, CA

ASHLEY BIDEN
Philadelphia, PA

ALAN K SIMPSON
1201 Sunshine Avenue
Cody, WY  82414-4228

ANN SIMPSON
1201 Sunshine Avenue
Cody, WY 82414-4228

COLIN SIMPSON
1201 Sunshine Avenue
Cody, WY 82414-4228

DICK CHENEY
Wilson, WY

LYNNE CHENEY
Wilson, WY

MARY CHENEY
Great Falls, VA

HEATHER POE
Great Falls, VA

LIZ CHENEY
Wilson, WY

PHILIP PERRY
Wilson, WY

DONALD RUMSFELD
Washington, DC

JOYCE RUMSFELD
Washington, DC

GERALD GOODWIN
AME CHURCH
Tampa, FL

JOHN PUGH
244 Wicks Lane
Billings, Mt 59101

HOPE METHODIST CHURCH
244 Wicks Lane
Billings, Mt 59101

WALLACE CHARLES SMITH
Shiloh Baptist Church
Washington, DC

SONYA WAKIL, MD
Fort Collins, Colorado

ADIL S  WAKIL
1100 Van Ness Avenue
San Francisco, CA 94109

JOE WAKIL
San Francisco, CA 94109

AIDA WAKIL
Albany, NY

FAWZIA WAKIL
Houston, TX

IDA RASHID
Los Angeles, CA

YASSER ATRAQCHI
Los Angeles, CA

AISAR ATRAKCHI
Fairfax, VA 22039

DIANE ROBERTS WILLIAMS
Seattle, WA

EMILY WATSON
Bench Blvd.
BILLINGS, MT 59105

REZA GHAZAFALI
San Francisco, CA

JOHN JUTLIA
Bozeman, Mt

WALTER NEWMAN
Bozeman, Mt

ROSEMARY NEWMAN
Bozeman, Mt.

MARGUERITE DAHL
3016 Radcliffe Drive
Billings, Mt 59102

JACK SUKIN
4204 Palacio Drive
Sarasota, Fl 34238

JANICE E GEIGER
4356 Ridgewood Lane South
Billings, Mt 59106-4736

ROBERT DELPRIORE
Ne 111th Ct
VANCOUVER, WA

RICHARD L COX
3608 Powderhorn Cir
Billings, Mt 59102

MEHDI HUSSEIN
Fargo, ND

MOHAMMED D MOHAMMED
Fargo, ND.

PATRICIA LAMB
Phoenix, AZ

ADIBA ATRAQCHI OTTO
State of Maryland

SAMIR HANNA BOUTROS
Washington, DC

TARIQ HANNA BOUTROS
Washington, DC

MOHI JASIM
Los Angeles, CA

JEANNE PATTERSON
Billings, Mt

DARLENE JOHNSON
Billings, Mt

ADNAN HAIDER
Rockville, Md

FIZA HAIDER
Rockville, Md

RON GEORGE
4800 Kokomo Drive-Apt 211
Sacramento, CA 95835-1822

VIRGINIA GEORGE
4800 Kokomo Drive
Sacramento, CA 95835-1822

ALEXIS LIPSKY
4800 Kokomo Drive
Sacramento, CA 95835-1822

JEFF LIPSKY
4800 Kokomo Drive
Sacramento, CA 95835-1822

GERALD BOESPFLUG
2220 Saint Johns Avenue
Billings, Montana 59102

BONNIE COSTA
E Divisadero Street
Fresno, CA

GLORIA ASTARABADI
284 Quiet Ct
San Jacinto, CA 92582

MOHAMED HELAL
3140 S Falkenburg Rd-Ste 203
Riverview, FL 33578

AWATIF BAHRANI
16152 Beach Blvd Ste 200
Huntington Beach, CA

RICHARD DORSEY
16152 Beach Blvd, Ste 200
Huntington Beach, CA

HUSAM BAHRANI
9319 Pinecroft Drive
The Woodlands, TX  77380

NAHID AWAD
453 New Jersey Avenue, SE
Washington, DC 20003

EMILY SMITH AWAD
453 New Jersey Avenue SE
Washington, D.C. 20003

RAMEZ ANDRAWIS
2150 Pennsylvania Ave. NW, Ste 3417
Washington, DC 20037

CATHERINE AMY OKULIAR
3800 Reservoir Rd NW
Washington, DC 20007

TARIQ AZIZ
Leesburg, VA

FADI MATAR
Tampa, FL

RONALD HULSE
Tampa, FL

RONALD STEPHANS
Tampa, FL

CHRISTOPHER PASTORE
Tampa, FL

KEVIN MAKATI
Tampa, Fl

FORREST C HASLUP
Tampa, Fl

VIC VELANOVICH
Tampa, Fl

SALWAN LOUIS
Tampa, Fl

ANTHONY V FLORCHUTZ
Tampa, Fl

MAHER AYOUBI
2727 Dr Martin Luther King Blvd
Tampa, FL 33607

CARMEN PARTRIDGE
Podiatrist
Tampa, Fl

NELSON VILLAR
Tampa, Fl

LIAQUDDIN SHAIKH
Tampa, Fl

FAISAL SHAIKH
Tampa, Fl

CATHY SANTOS
Tampa, FL

SHAFGAT FAROOQI
Tampa, FL

ANDREW J ALEXANDER
Tampa, FL

EMAD MOUNIR MIKHAIL
Tampa, FL

FARHAN SIDDIQUI
Tampa, FL

MOHI ALKADRI
Tampa, FL

CATHERINE LYNCH
Tampa, Fl

MAHMOUD BAHRANI
Chicago, Illinois

YOUSIF BAHRANI
San Francisco, CA

ZAYED  AL-DADAH
Washington, DC

BASIL AL-DADAH
Washington, DC

AZIZ AL ANI
Washington, DC

ADNAN AL-DADAH
Washington, DC

JOHN DRUMM
Washington, DC

CHRISTIAN DRUMM
Washington, DC

WILLIAM A GOFF
2231 Crystal Drive, # 150
Arlington, VA 22202

TENY ABRAHAMIAN
Washington, DC

SHYRL SUSTRUNK
Washington, DC

AJ RUBANO
Tampa, FL

FRANCIS WINTERS
Georgetown University
Washington, DC

JOHN FARRELL
DeSales School
Washington, DC

MIKE POMPEO
Trump Administration
Washington, DC

DAVID REICHLING
Billings, MT

SHARON FISHER
Billings, MT

TONYA FISHER
Billings, Mt

ELLEN PFISTER
Roundup Road
Billings, Mt 59105

SHARON "SAM" LAFOUNTAIN
Billings, Mt

ROBERT LAFOUNTAIN
Billings, Mt.

MARK HENRY
Tampa, FL

BRAHIM LATQP
Washington, DC

SARAH PALIN
Alaska

RICHARD SCHAEFER
2300 Elizabeth Street
Billings, Mt 59102

TED HAVERLAND
1035 Anchor Avenue
Billings, Montana 59105-1831

JOANNE HAVERLAND
1035 Anchor Avenue
Billings, Montana 59105-1831

CAREY E MATOVICH
277 Pine Crest Rd.
Columbus, MT 59019

JEFFREY V ESSMANN
Billings, Mt

SHELLIE A GOOKIN
702  Orilla Street
Billings, Mt 59105

LAVERE L GOOKIN
702 Orilla Street
Billings, Mt 59105

GENEVIEVE DILLEY
2839 S 51 St West
Billings, Mt 59106

OTIS DILLEY
2839 S 51 St West
Billings, Mt 59106

JEANETTE DILLEY
2839 S 51 St West
Billings, Mt 59106

CHARLES DILLEY
2839 S 51 St West
Billings, Mt 59106

KATHY GEHRING
5902 Pryor Rd.
Billings, Mt 59101

PEGGY BROWN
5902 Pryor Rd
Billings, Mt  59101

MAUREEN O'REILLY
2700 Desert Rose Ln
Billings, Mt 59101

NANCY VERMANDEL
83 Vista Dr.
Billings, Mt  59102

ROBERT VERMANDEL
3021 Cotton Blvd.
Billings, Montana 59102

ERNEST E VERMANDEL
1705 Fly Creek Rd
Pompeys Pillar, Mt 59064

DELORES VERMANDEL
1705 Fly Creek Rd
Pompeys Pillar, MT 59064

DEBBIE VERMANDEL
1705 Fly Creek Rd
Pompeys Pillar, MT 59064

BRIAN VERMANDEL
1705 Fly Creek Rd
Pompeys Pillar, MT 59064

JESSE VERMANDEL
1705 Fly Creek Rd
Pompeys Pillar, MT 59064

MELISSA C BADLEY
1111 Park View Ct
Sheridan, Wy. 82801-6721

JULIEANNE COFFIN
State of Idaho

JEFF COFFIN
Nevada City, CA

KAREN MCDANIEL
5610 Hanley Rd
Tampa, FL

PHILLIP CACCIATORE
5610 Hanley Rd
Tampa, FL

26

KEVIN CARTER
626 S 38th Street W, Unit 3
Billings, Mt 59102

JIMI L FORDYCE
626 S 38th Street W, Unit 3
Billings, Mt 59102

KOURTNEY CARTER
626 S 38th Street W, Unit 3
Billings, Mt 59102

EMANUEL CARTER
626 S 38th Street W, Unit 3
Billings, Mt 59102

PAUL CASE
135 Adams Street
Billings, Montana 59101

NICHOLAS KOTTAB
Montana State University Housing
Bozeman, Montana

SAMUEL PUTERMAN
4218 W North B Street
Tampa, FL 33609

DONOVAN G KELLY
3310 Harlou Dr.
Billings, Mt 59102

GREG PEKOVICH
111 Sky Ranch Drive
Billings, Mt 59106

ABDUL SAHIB HASHIM
6407 Tuckerman Ln.
Rockville, MD 20852

BRUCE HASHIM
6407 Tuckerman Ln.
Rockville, MD 20852

MARK HASHIM
6407 Tuckerman Ln.
Rockville, MD 20852

JANAAN HASHIM
6407 Tuckerman Ln.
Rockville, MD 20852

KAMAL ASSILY
6804 Seaview Way
Tampa, FL 33615 -5814

D. RIVIERE
Tampa Police Department
Tampa, FL

RON CARSON
Homeless person
Tampa, FL

JACK POOLEY
Singing Oaks Ct
Tampa, FL

JOSEPH MANSOUR
1002 N Westshore Blvd.
Tampa, FL 33607

SAMMY MANSOUR
1002 N Westshore Blvd.
Tampa, FL 33607

DAVID
EMPLOYEE OF SHELL
1002 N Westshore Blvd
Tampa, FL 33607

HAZEM FADL
1002 N Westshore Blvd.
Tampa, FL 33607

JASON BRODSKY
9715 Medical Center Drive, Ste 233
Rockville, MD 20850

FAISAL ALDUJAILI
28083 Moulton Pkwy, Ste Cl
Laguna Niguel, CA 92677

BAN BAHRANI
28083 Moulton Pkwy, Ste Cl
Laguna Niguel, CA 92677

FALAH ATRAKCHY
1 Chantilly Ct
Rockville, MD 20850

PATRICIA LAMB
1 Chantilly Ct
Rockville, MD 20850

ZINA ALYOUSSIF
1 Chantilly Ct
Rockville, MD 20850

SAMEERA ATRAKCHI
1 Chantilly Ct
Rockville, MD 20850

ZAID ALYOUSSIF
1 Chantilly Ct
Rockville, MD 20850

AHMED KANKA
Seattle, Washington

FAWZIA KANKA
Seattle, Washington

CHALAK ABDUL RAHMAN
Seattle, Washington

TAHA AL-SABA
Los Angeles, CA

YASIM AL-SABA
Los Angeles, CA

SAMIR SUMAIDAIE
Washington, DC

GERALD GOODWIN
AME Church
Tampa, FL

WALLACE CHARLES SMITH
Shiloh Baptist Church
Washington, DC

ALI  UZRI
230 Wuthering Hight Drive
Colorado Spring, CO 80921

MAX LENINGTON
1806 Rimrock Rd.
Billings, MT 59102

CAROL ALBAHRANI
Fort Wayne, IN 46835

ITEN ALBAHRANI
Fort Wayne, IN 46835

RESMIA KATTAN
Fort Wayne, IN 46835

BOSINA KATTAN
Fort Wayne, IN 46835

RAJHA KATTAN
Fort Wayne, IN 46835

KENNY CRAIG
1320 Main Street
Billings, Mt 59105-1742

GERALD PATTYN,
8050 Oakdell Way, Apt 1908
San Antonio, Tx 78240

ROSLIND PATTYN
8050 Oakdell Way, Apt 1908
San Antonio, Tx 78240

SUE PATTYN
8050 Oakdell Way, Apt 1908
San Antonio, Tx 78240

KARL PATTYN
8050 Oakdell Way, Apt 1908
San Antonio, Tx 78240

KAREN PATTYN
8050 Oakdell Way, Apt 1908
San Antonio, Tx 78240

DANNY PATTYN
Hardin, MT

CAROL PATTYN
Hardin, Mt

NANCY PATTYN
Hardin, Mt

STEVE PATTYN
Hardin, Mt.

SAYED MOUSTAFA AL-QAZWINI
3194-B Airport Lp Drive
Costa Mesa, CA 92626

SUBHAN RAHIMI
WASHINGTON, DC

JANICE RAHIMI
WASHINGTON, DC

FATAMA RAHIMI
WASHINGTON, DC

DONNA SHALALA
MIAMI, FL

REX SMITH
BILLINGS, MT

MIKE SMITH
BILLINGS, MT

RICHARD CASTIELLO
Chevy Chase, MD

FRANK BRAUN
Billings, Mt

MCDONALD'S CORPORATION
110 N Carpenter
Chicago, IL 60607

CASPER COMPANY
4908 W Nassau Street
Tampa, FL 33607

BLAKE CASPER
Tampa, FL

ALLISON CASPER ADAMS
Tampa, FL

ROBBY ADAMS
Tampa, FL

MIKE BOWEN
Tampa, FL

DANIEL B FITZPATRICK
Tampa, FL

QUALITY DINNING INC
3018 US Highway 301 N, Ste 100
Tampa, FL 33619

MARILYN HAGEMAN
Tampa, FL

STEVE NASH
Tampa, Fl

ANGEL
TACO BELL
Waters Avenue
Tampa, FL

ANA
BURGER KING
Kennedy Blvd.
Tampa, FL

32

BRENDA GARCIA
Tampa, FL

ROCCO ZAPPONE
Capitol Hill
Washington, DC

ANDREA CLUNE
Wisconsin Avenue NW
Washington, DC

MOHAMMED AL-KARIA
Washington, DC

ALI JAWAD
Tampa, FL

CHAD CHRONISTER
Tampa, FL

BRIAN DUGAN
Tampa, FL

KATHIE LEE GIFFORD
Nashville, TN

KELLY RIPA
E 76th St
New York, NY

MARK CONSUELOS
E 76th St
New York, NY

JOHN I JENKINS
South Bend, Indiana

ANN FIRTH
South Bend, Indiana

LEN PLAZEWSKI
Tampa, FL

JACOB MONTELEONE
Tampa, FL

DANIEL KAYAJAN
Tampa, FL

KYLE SMITH
Tampa, FL

THEODORE MCCARRICK
Jacksonville, FL

DONALD WUERL
Washington, DC

JOHN J DEGIOIA
37th & O St & NW
Washington, DC 20057

FRANCIS WINTERS
37th & O St & NW
Washington, DC 20057

RONALD ANTON
37th & O St & NW
Washington, DC 20057

WILFRIED BARABA
37th & O St & NW
Washington, DC 20057

MARK BOSCO
37th & O St & NW
Washington, DC 20057

DAVID R BROOKS
37th & O St & NW
Washington, DC 20057

THOMAS BUCKLEY
37th & O St & NW
Washington, DC 20057

PAUL BRIAN CAMPBELL
37th & O St & NW
Washington, DC 20057

MATTHEW CARNES
37th & O St & NW
Washington, DC 20057

DREW J CHRISTIANSEN
37th & O St & NW
Washington, DC 20057

DAVID COLLINS
37th & O St & NW
Washington, DC 20057

CHRISTOPHER DUFFY
37th & O St & NW
Washington, DC 20057

PATRICK F EARL
37th & O St & NW
Washington, DC 20057

STEPHEN FIELDS
37th & O St & NW
Washington, DC 20057

PETER FOLAN
37th & O St & NW
Washington, DC 20057

GERALD P FOGARTY
37th & O St & NW
Washington, DC 20057

THOMAS GAUNT
37th & O St & NW
Washington, DC 20057

WILLIAM GEORGE
37th & O St & NW
Washington, DC 20057

KEVIN GILLESPIE
37th & O St & NW
Washington, DC 20057

BENJAMIN HAWLEY
37th & O St & NW
Washington, DC 20057

JERRY THOMAS HAYES
37th & O St & NW
Washington, DC 20057

OTTO HENTZ
37th & O St & NW
Washington, DC 20057

DAVID HOLLENBACK
37th & O St & NW
Washington, DC 20057

S LEON HOOPER
37th & O St & NW
Washington, DC 20057

AUGUSTO CESAR JO
37th & O St & NW
Washington, DC 20057

WILLIAM J KELLY
37th & O St & NW
Washington, DC 20057

DANIEL A MADIGAN
37th & O St & NW
Washington, DC 20057

JAMES M MC CANN
37th & O St & NW
Washington, DC 20057

BRIAN O MCDERMOTT
37th & O St & NW
Washington, DC 20057

GERARD J MCCLONE
37th & O St & NW
Washington, DC 20057

DENNIS MCNAMARA
37th & O St & NW
Washington, DC 20057

G RONALD MURPHY
37th & O St & NW
Washington, DC 20057

ROCJARD NICHOLS
37th & O St & NW
Washington, DC 20057

JOHN W O'MALLEY
37th & O St & NW
Washington, DC 20057

LADISLAS ORSY
37th & O St & NW
Washington, DC 20057

SUMETH PERERA
37th & O St & NW
Washington, DC 20057

WILLIAM P RYAN
37th & O St & NW
Washington, DC 20057

DAVID A SAUTER
37th & O St & NW
Washington, DC 20057

GREGORY A SCHENDEN
37th & O St & NW
Washington, DC 20057

LAWRENCE C SMITH
37th & O St & NW
Washington, DC 20057

CHRISTOPHER STECK
37th & O St & NW
Washington, DC 20057

JAMES R VAN DYKE
37th & O St & NW
Washington, DC 20057

CHRISTIAN WAGNER
37th & O St & NW
Washington, DC 20057

TIMOTHY DOLAN
New York, NY

AZIZ HANZAL
Tampa, Fl

SCOTT ROY
Homeless
Tampa, FL

STEVEN RAY
Homeless
Tampa, FL

QUEEN NOOR
Aman, Jordan

HAMZA AL-HUSSEIN
Aman, Jordan

KING ABDULLA
Aman, Jordan

QUEEN RANIA
Aman, Jordan

PHYLLIS WASHINGTON
Missoula, Mt

DENNIS WASHINGTON
Missoula, Mt

BECKY DUBOSE
Billings, Mt.

RIAD BAHIGE TABBARAH
Washington, DC

BETTY O'TOOLE
Montana

MEYER WEEKS
Tampa, Fl

OWEN SCHEXNAYDER
Tampa, FL

KRYSTAL ROMAGNOLO
Tampa, Fl

DONNE SERAVELLO
Tampa, Fl

ISRAEL PEREZ
Tampa, FL

MOHI JASMIN
Los Angeles, CA

CANDY JOHNSON
Missoula, Mt

DAVID ALBAHRANI
Ft. Wayne, Indiana

SATTAR BAHRANI
Cincinnati, Ohio

RICHARD GREGORCHEC JR
Tampa, FL

BERT THORNLEY
Tampa, FL

HERMAN SALAZAR
Tampa, FL

JOANIE SMITH
Burger King
Tampa, FL

KRISTIE SMITH
Tampa, FL

SUSAN SMITH
Tampa, FL

MICHAEL SCARPLNITO
Tampa, FL

ZDENKO STANIC
St Pete, FL

JELA STANIC
St Pete, Fl

ANTON STANIC
St Pete, Fl

ANNA STANIC
St Pete, FL

ARI FLEISCHER
New York, NY

MIKE HUCKABEE
Arkansas

MARCO RUBIO
Washington, DC

SARAH HUCKABEE
Arkansas

LINDSEY GRAHAM
Washington, DC

RAND PAUL
Washington, DC

TED CRUZ
Washington, DC

STEVE DOOCY
New York, NY

PETER DOOCY
New York, NY

BRIAN KILMEADE
New York, NY

WILL CAIN
New York, NY

GREG GUTFELD
New York, NY

JOHN ROBERTS
New York, NY

AINSLEY EARHARDT
New York, NY

SEAN HANNITY
New York, NY

BILL HEMMER
New York, NY

TUCKER CARLSON
New York, NY

LAURA INGRAHAM
New York, NY

PETE HEGSETH
New York, NY

JEDEDIAH BILA
New York, NY

KAYLEIGH MCENANY
New York, NY

HARRIS FAULKNER
New York, NY

MICHAEL PILLSBURY
New York, NY

BRET BAIER
New York, NY

BRIT HUME
New York, NY

TRACE GALLAGHER
New York, NY

JANICE DEAN
New York, NY

SHANNON BREAM
New York, NY

MARTHA MACCALLUM
New York, NY

LEO TERRELL
New York, NY

JEANINE PIRRO
New York, NY

SANDRA SMITH
New York, NY

ANTHONY FAUCI
New York, NY

JASON CHAVETZ
New York, NY

JOHN KENNEDY
Washington, DC

NEIL CUVATO
New York, NY

MARC SIEGEL
New York, NY

JACK KEANE
New York, NY

MARIA BARTIROMO
New York, NY

MIKE LINDELL
Fox TV Channel
New York, NY

RUPERT MURDOCH
New York, NY

LACHIAN MURDOCH
New York, NY

JAMES MURDOCH
New York, NY

JERRY HALL MURDOCH
New York, NY

TREY GOWDY
New York, NY

JOE CONCHA
New York, NY

TAMMY BRUCE
New York, NY

GERALDO RIVERA
New York, NY

DAN BONGINO
New York, NY

LAWRENCE JONES
New York, NY

CHER
Fox Channel
New York, NY

MADONA
Fox Channel
New York, NY

CANDACE OWENS
New York, NY

JOEY JONES
New York, NY

SEAN DUFFY
New York, NY

RACHEL CAMPOS-DUFFY
Fox TV Channel
New York City, NY

WHOOPI GOLDBERG
New York City, NY

JOY BEHAR
ABC TV Channel
New York City, NY

OPRAH WINFREY
California

GAYLE KING
CBS TV Channel
New York City, NY

SAVANNAH GUTHRIE
NBC
New York, NY

HODA KOTB
NBC TV Channel
New York City, NY

ANDERSON COOPER
CNN TV Channel

CHRIS CUOMO
CNN TV Channel

DIANE SAWYER
ABC TV Channel

ROBIN ROBERTS
New York, NY

GEORGE STEPHANOPOUS
New York, NY

44

JANE FONDA
California

TED TURNER
Montana

EVELYN ROMAN
Walmart
Tampa, FL

VICKEY VANDERVISS
Tampa, FL

SANDY SANDS
Tampa, Fl

BRIAN RICHEY
Texas

ANTHONY E PORCELLI
Tampa, FL

JAMES D WHITEMORE
Tampa, FL

RON DESANTIS
Florida

CASEY DESANTIS
Florida

GREG GIANFORTE
Montana

GREG ABBOTT
Texas

MOHI JASIM
Los Angeles, CA

ANDY GRANTHAM
6902 West Hillsborough Ave.
Tampa, FL 33634

ZALONDA EARP
6902 West Hillsborough Ave.

Tampa, FL 33634

RON HOLMES
6902 West Hillsborough Ave.
Tampa, FL 33634

LUZ FLORES
6902 West Hillsborough Ave.
Tampa, FL 33634

SUBURBAN EXTENED STAY HOTEL
6902 West Hillsborough Ave.
Tampa, FL 33634

MARK MEADOWS
Washington, DC

CHAD WOLF
Washington, DC

JESSIE DAHL
U.S. DISTRICT COURT
Tampa, FL

ALEJANDRO CASTILLO
U.S. District Court
Tampa, FL

JOHN DOE AND JANE DOE   1-350,000,000

Defendants.

## FEDERAL QUESTION COMPLAINT

Plaintiffs, Michael R Atraqchi and Irene S Atraqchi, husband and wife, U.S citizens, pro

se, in forma pauperis, and for their complaint, allege the following upon information and belief:

The Plaintiffs bring this action under 18 USCA 2520 of Chapter 119 (18 USCA 2510-

2521), to obtain preliminary and permanent injunctive relief against the Defendants for illegally

wiretapping their telephone and electronical surveillances of their Hotels room in the State of Florida, Tampa area, on the train, buses, restaurants, stores, on the streets, hospitals and doctors' offices, and elsewhere and even from the White House, for the purpose of isolating and criminating the Plaintiffs and impose religious inquisition upon them, homosexualize, rape, blackmail, and procure them into a field of interception of illegal wire communications where they will be forced to commit crimes against humanity, homosexualizing, prostituting innocent children. and stealing the property of innocent individuals, citizens of the United States of America, and convert them to Baptist and/or Methodist sect of Christianity from being Muslims, other religions and Christian denominations in violation of the law and the U.S. Constitution.

The above stated field of interception of illegal wire communications imposed upon the Atraqchis and others is encompassing the entire United States of America whereby any person could spy on any person in violation of the law and the U.S. Constitution.

The above stated sects of Christianity are using the law and psychology to procure their victims into this Cult using illegal wiretapping and electronical surveillances in violation of the law and the U.S. Constitution.

The above stated religious sects are using homosexuality and prostitution as methods of recruitment to this "death cult."

The above stated religious sects are using the medical field to discipline and/or kill their victims should they divert and/or refuse to join the cult and to commit crimes against innocent American citizens in violation of the law and the U.S. Constitution.

The above stated religious sects are using the resources of the Federal Government to impose religious inquisition upon the public to make them one race and one religion.

The Plaintiffs are suing all the Defendants listed above individually for money and in

their official capacity for injunctive relief, except the United States of America's Government is for injunctive relief only since it is sovereign.

<u>JURISDICTION AND VENUE</u>

This Court has subject matter jurisdiction pursuant 28 USC 1331, 28 USC 1343 (3), 28 USC 1343 (4), 18 USCA 2520, and under the U.S. Constitution, Amendments 1, 4, and 14, to enjoin the Defendants and their co-conspirators, from wiretapping and electronic monitoring the Plaintiffs and deprive them from all economic opportunities and living in this area and elsewhere in the USA, and deny them of all medical care available to them to cause their demise should they refuse to join the cult, through the field of interception of illegal wire communications and that all acts stated below happened in the State of Florida and more specifically in the Tampa area.

<u>COMPLAINT</u>

1.  The Plaintiffs, Michael Atraqchi and Irene Atraqchi, husband and wife, senior citizens, of good repute, minding their own business, and attempting to live in peace in the twilight years of their life, have been separated from their children and families for the last forty-one years by the acts of these Baptist and Methodist sects of Christianity when they illegally wiretapped them, and bugged their home, apartments, and hotel rooms, businesses, cars, in restaurants, and anywhere they go even overseas since 1958, and more specifically in the Tampa, Florida using their children and families, blackmailing them, and make them file false affidavits with the Court to obtain the order to illegally wiretap their parents in violation of the law and the U.S. Constitution.

2.  Defendants Brenda Case, Jackie Lemke, and Michele George are dyslexic, and have never seen the Plaintiffs for over thirty-two years.

3. The Plaintiffs litigated the matter of illegal wiretapping in four federal jurisdictional

courts in the States of Montana, Minnesota, Washington, DC, and now in Florida. All their cases, a total of fifty-four were dismissed sua sponte, failure to state a claim, in violation of the law and the U.S. Constitution.

4. As a result of the illegal wiretapping of the Plaintiffs' telephone and bugging their home and cars, the Plaintiffs left their home, property, and businesses in the State of Montana in 1990, and moved to the State of Minnesota to escape the harassment, intimidation, isolation and settled in Minnesota, only to discover a new field of interception of illegal wire communications has been instituted against them by the same sects to rape them and convert them into this Cult.

5. As a result of the illegal wiretapping in Minnesota and Washington, DC, the Atraqchis moved to the State of Florida in 2012 and discovered that they were illegally wiretapped and is continuous until the present.

6. As a result of the illegal wiretapping, the Atraqchis lost their children, home and properties, and business and livelihood, became destitute, homeless living on the streets of Tampa, Florida for the last eight years.

7. As a result of this illegal wiretapping, the Atraqchis were denied all the medical care available to them in the Tampa, Florida and elsewhere to force them into this conspiracy and into this "Death Cult," and to kill them.

8. As a result of the illegal wiretapping, the Plaintiff Michael Atraqchi was denied the surgical removal of his lipoma by all surgeons contacted and now has become large and visible to the naked eye and has metastasized blocking his urinary tract and caused constipation, which will result in his death, if it is left unchecked and not removed surgically.

9. As a result of this illegal wiretapping, all the medical providers contacted refused to operate on Mike Atraqchi to remove his lipoma which has caused him great harm, pain, and will result in death of the Plaintiff.

10. As a result of the illegal wiretap, the Atraqchis were denied the services of all

49

medical providers contacted as well as the services of the Hospitals in Tampa, Florida.

11. As a result of the illegal wiretap, the Plaintiff will suffer and will continue to suffer from misdiagnosing and treatment of his diabetes condition, which both Plaintiffs are suffering from and were self-diagnosed and confirmed by the nurse practitioner at the Tampa Family Health Clinic (not party to the suit) and are unable to have a Doctor to treat them.

12. As a result of the illegal wiretap, the Defendant, the United States of America has so far delayed and/ or refused to reissue Michael Atraqchi's naturalization paper and his passport to keep him in this Country and prevent him from travelling abroad to remove his lipoma surgically and to save his life. This despite the fact that the Atraqchis paid the required fee for the reissuance of the passport and money paid for the research to produce the documents required to issue the passport.   EXHIBIT A

13. As a result of the illegal wiretapping and the electronical surveillances, Defendants Leonard Dahl, Margarete Dahl, Robert Williams,  Shirley Svenson, Tim Stevens, Joanne Humphrey Haverland, Ted Haverland, ex-Sheriff Richard Schaefer, Thomas J Vierling,  Mumtaz Fargo,  Fargo (First Name Unknown); Marilyn Fargo,  Awatif Bahrani Dorsey, Richard Dorsey, Hussam Bahrani,  Satar Bahrani, Adiba Atraqchi Otto, Asier Atrakchi, Falah Atrakchi, Faisal Al-Dujaili,  Mohammed Mehdi, Mehdi Hussein, Mayada Yousif, Maha Yousif, Ahmed Yousif, Moustafa Al-Qazwini, Joseph Mansour, Ahmed Jabur, Mohamed Helal, Patricia Lamb, Zina Al Youssif, Taha Al-Saba, Yasim Al-Saba, Mohammed D Mohammed, Mehdi Hussein, Mohi Jasim, Candy Johnson, Fawzia Wakil, Kadum Abood, Aida Wakil, Sonya Wakil, Ida Rasheed, Adil Wakil, Joseph Wakil, Ramez Andrawis,  Ed Nave, Richard Cox,  Ali  Jawad, Ali Uzri, Ghazi Rubeii, Nick Kottab, Tasneem Khaleel, Shafiq Khaleel,  First United Methodist Church, the First Baptist Church of Billings, Montana and others monitored  Deborah Atraqchi Coffin, Brenda Atraqchi Case, and Jackie Lemke, as well Michele George, Ron George, Virginia George, Genevieve Dilley, and raped, beat, and prostituted them for money at Brothels in Montana and South Dakota, and elsewhere, across the State lines since 1977 and are continuous until the present.

14.  The Defendants, the Baptist and Methodist Churches of Billings, Montana, are using the family members to file false affidavits with the Court to obtain the wiretap order while bribing them with money, degrees, and spouses, to convert others to this Cult, in violation of the law and the U.S. Constitution.

15. As a result of the illegal wiretapping and the electronical surveillances, Mumtaz Fargo forced the above stated individuals to disseminate into the field of interception of illegal wire communications falsely that the Plaintiffs Michael Atraqchi and Irene Atraqchi have raped and incested them and blamed it on them falsely which caused great harassment, intimidation, isolation, and ridicule

16. The above stated individuals were forced to lie to the Court to obtain the warrant order to illegally wiretap and electronical surveillance the Atraqchis including but not limited to Robert A Williams.

17. The above stated slander caused the Atraqchis great harassment, intimidation, isolation and ridicule and continues to do so in the future.

18.  The above slander forced the Atraqchis out of their home and properties and sought refuge elsewhere even abroad and more specially in Tampa, Florida to force them into this Cult whereby they will be homosexualized, prostituted and made to commit crimes against humanity and against innocent America citizens in violation of the law and the U.S. Constitution.

19. As a result of the above illegal wiretapping, the Atraqchis' home and properties were stolen and divided between ex-Sheriff Richard Schaefer and Robert Williams with the help of the Baptist Church and Methodist Church of Billings, Montana, Joanne Humphrey Haverland, Ted Haverland and were deeded to them free of charge after the State of Montana acquired the properties for tax delinquency.

20. As a result of the illegal wiretap, the Plaintiffs could not identify all the individuals involved in this conspiracy against them, but they will substitute John Doe and Jane Doe when the true identity of the individuals is revealed in the wiretap applications and orders, other documents and papers on record and charge them accordingly.

21.  The Plaintiffs charge all Defendants listed herein with illegal wiretapping and electronical surveillances and the dissemination of the said material gained falsely into the field of interception of illegal wire communications imposed upon the Atraqchis whereby heard by the public.

22. The dissemination of the material gained falsely into the field of interception of illegal wire communications has caused the Plaintiffs great harassment, intimidation, isolation, shock to the nervous system, stress and duress, and denied them all the medical care available to them in this area and will continue to do so in the future.

23. If the field of interception of illegal wire communications is not pre-empted the Atraqchis will suffer irreparable harm and death.

24.  WHEREFORE, the Plaintiffs demand:

  a.  A declaratory judgment that the Atraqchis have illegally been wiretapped in violation of their First, Fourth, Fifth and Fourteenth Amendments to the U.S. Constitution.

  b.  A declaratory judgment that Ch 119 pre-empts the field of interception of illegal wire communications imposed upon the Plaintiffs in the State of Florida and elsewhere.

  c.  A declaratory judgment that all activities of the defendants, including all taps authorized violated the same federal statutes and constitutional provisions.

  d.  An injunction against any criminal prosecution of the Plaintiffs based on taps.

  e.  Restraining order and Preliminary injunction enjoining all Defendants from ever harassing and interfering with all medical providers, and the diagnosis and treatment of the Plaintiffs in the Tampa, Florida and elsewhere.

f.   An order sealing the results of the taps.

g.   Compensatory damages of $50,000,000 and punitive damages of $100,000,000 to redress violations of Plaintiffs' First, Fourth, and Fourteenth Amendment rights, plus attorney's fees and costs.

h.   Compensatory liquidated damages of $100 per day and punitive damages of $500,000,000 for violation of Plaintiffs rights under 18 USCA 2520, plus attorney's fees and costs;

i.   Permanent injunction against the Defendants from performing all criminal acts in the future, including wiretapping and dissemination of all material gain falsely, and all harassment thereof.

j.   A Restraining Order and Preliminary Injunction allowing Michael R Atraqchi to operate on his lipoma without any interference with his medical providers and to treat his diabetes by a Doctor of his own choice.

k.   Include all previous suits in this forum.

l.   Any further relief which the Court may deem appropriate.

Michael R Atraqchi

Irene S Atraqchi

6902 West Hillsborough Avenue-103
Tampa, Florida 33634

Dated: April 21, 2021